**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| KEENAN WILSON | CIVIL ACTION NO. 25-1868 |
| VERSUS | JUDGE ALEXANDER C. VAN HOOK |
| BMW FINANCIAL SERVICES NA, LLC | MAGISTRATE JUDGE HORNSBY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, Record Document 22, Petitioner's motion having been considered, together with the Objection to the Magistrate's Report and Recommendations, Record Document 23, as well as Defendant's Response to Objection, Record Document 27, and after a *de novo* review of the record, and concurring with the findings of the Magistrate Judge under the applicable law, the Court **ADOPTS** the Report and Recommendation and the reasons articulated therein.

After the Report and Recommendation was issued by the Magistrate Judge, the Petitioner filed a Motion for Leave to Amend the Complaint. Record Document 26. The proposed amended complaint does not cure the deficiencies noted in the Report and Recommendation. Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Leave to File Amended Complaint, Record Document 26, is **DENIED**.

**IT IS FURTHER ORDERED** that Defendant's Motion to Dismiss, Record Document 12, is **GRANTED** and Plaintiff's complaint is **DISMISSED WITH PREJUDICE**.

**DONE AND SIGNED** at Shreveport, Louisiana, this 15th day of April, 2026.

**ALEXANDER C. VAN HOOK**
**UNITED STATES DISTRICT JUDGE**